**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-cv-3699 |
| | ) | |
| ARIES SHUTTLE-CHICAGO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

NOW COMES Plaintiff U.S. FIRE INSURANCE COMPANY, by its attorneys Michael J. Duffy and Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action in its entirety, including all claims and counterclaims, without prejudice, with each party to bear its own costs and respective attorney's fees.

Respectfully Submitted,

**U.S. FIRE INSURANCE COMPANY,**

By: _/s/ Michael J. Duffy_
One of its Attorneys

Michael J. Duffy (6196669)
Michael J. O'Malley (6308059)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
312.704.0550 (Main)
Michael.Duffy@wilsonelser.com
Michael.O'Malley@wilsonelser.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2024, the undersigned filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

By: /s/ *Michael J. Duffy*

Michael J. Duffy
Michael J. O'Malley
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
312.704.0550 (Main)
Michael.Duffy@wilsonelser.com
Michael.O'Malley@wilsonelser.com

2